UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Willis Grady**  Docket No. 7:13-CR-13-1BO

### Petition for Action on Supervised Release

COMES NOW Kyle Kusmierczyk, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willis Grady, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), was sentenced by the Honorable James C. Fox, U.S. District Judge, on May 13, 2014, to the custody of the Bureau of Prisons for a term of 16 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months. On April 30, 2018, Grady's case was reassigned to the Honorable Terrence W. Boyle.

Grady was released from custody on December 16, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 27, 2018, Grady contacted this officer after business hours stating he spent the past three days in the hospital for mental health issues; mainly thoughts of hurting himself. Based on this, he requested to be seen by a mental health specialist and receive mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Kyle Kusmierczyk<br>Kyle Kusmierczyk<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-679-2034<br>Executed On: May 2, 2018 |

Willis Grady
Docket No. 7:13-CR-13-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___3___ day of __May__, 2018, and ordered filed and made a part of the records in the above case.

*Terrence Boyle* (signature)
Terrence W. Boyle
U.S. District Judge